UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN SECURITY INSURANCE
COMPANY,

    Plaintiff,

v.

                                                             Case No.: 8:24-cv-2038-JLB-AAS

DAVID W. PUCKETT,

    Defendant
_____/

## **ORDER**

        This matter comes before the Court on defendant David Puckett's Emergency Motion Requesting Immediate Relief and Relocation (Doc. 13) and Motion Requesting an Emergency Hearing on [] Motion Requesting Immediate Relief and Relocation (Doc. 14).

        Mr. Puckett requests that the Court require Plaintiff to pay or reimburse Mr. Puckett up to $1,500 for a mold professional, up to $2,500 for a licensed structural engineer, $5,500 per month for up to six months' relocation, and property damages not to exceed $7,500. (Doc. 13 at 4, 5, 7–8). Mr. Puckett explains that damage to his home has made a large portion of his home unusable, and that he is concerned for his personal health. (*Id.* at 6). He also explains that as of September 17, 2024, he has trapped and killed seventeen rodents and a racoon. (*Id.*)

        Because Mr. Puckett is a pro se litigant, this Court has construed his request liberally. *See Bingham v. Thomas*, 654 F.3d 1171, 1175 (11th Cir. 2011) (citation

1

and quotation marks omitted) ("*Pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and are liberally construed."). Nevertheless, although the Court is very sympathetic to Mr. Puckett's situation, the Court finds that there is no legal basis for the relief requested. Accordingly, the Emergency Motions (Docs. 13, 14) are **DENIED**.

Mr. Puckett is encouraged to visit https://www.flmd.uscourts.gov/litigants-without-lawyers for further direction on how to proceed in this matter.

**ORDERED** in Tampa, Florida on September 18, 2024.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE